UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER               21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

EFREN CRUZ,                            08CV2603(AKH)

                  Plaintiff(s),     **NOTICE OF APPEARANCE**

   -against-

80 LAFAYETTE ASSOCIATES LLC, et al.,

                  Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         April 24, 2008

                                      Yours etc.,

                                      HARRIS BEACH PLLC
                                      *Attorneys for Defendant*
                                      **CENTURY 21, INC., BLUE**
                                      **MILLENNIUM REALTY LLC**

                                      _____/s/_____
                                      Stanley Goos, Esq. (SG-7062)
                                      100 Wall Street
                                      New York, NY  10005
                                      212 687-0100
                                      212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on April 24, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: April 24, 2008

                                                     /s/
                                  Stanley Goos, Esq. (SG 7062)