UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                    21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

EFREN CRUZ,                                                 08CV2603(AKH)

                             Plaintiff(s),          **NOTICE OF ADOPTION BY**
                                                          **MAYORE ESTATES LLC, 80**
                                              **LAFAYETTE ASSOCIATES**
                     -against-                       **LLC, MAYORE ESTATES**
                                            **LLC, and 80 LAFAYETTE**
80 LAFAYETTE ASSOCIATES  LLC, et al.,        **ASSOCIATION LLC, AS**
                                         **TENANTS IN COMMON OF**
                               Defendants.          **ANSWER TO MASTER**
                                                      **COMPLAINT**

      **PLEASE TAKE NOTICE** that defendant **NOTICE OF ADOPTION BY MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES LLC, MAYORE ESTATES LLC, and 80 LAFAYETTE ASSOCIATION LLC, AS TENANTS IN COMMON** for the building located at 22 Cortlandt Street (Subcellar Floors 1, 2, 3, and Floors 1, 2, 3) New York, New York 10007, (hereinafter "Mayore Estates/80 Lafayette") as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint adding new defendants not previously served filed in the above-referenced action, herein adopts Mayore Estates/80 Lafayette's Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).  **MAYORE ESTATES/80 LAFAYETTE** has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**PLEASE TAKE FURTHER NOTICE THAT** defendant, Mayore Estates/80 Lafayette reserves its right to assert any defenses to which it is entitled, including but not limited to those enumerated in Case Management Order No. 4 (¶¶ D(1)-(5)).

**WHEREFORE**, Mayore Estates/80 Lafayette demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
        April 26, 2008

                                    **HARRIS BEACH PLLC**
                                    *Attorneys for Defendant*
                                    **MAYORE ESTATES LLC, 80 LAFAYETTE
                                    ASSOCIATES LLC, MAYORE ESTATES
                                    LLC, and 80 LAFAYETTE ASSOCIATION
                                    LLC, AS TENANTS IN COMMON**


                                    _____/s/_____
                                    Stanley Goos, Esq.  (SG 7062)
                                    100 Wall Street, 23rd Floor
                                    New York, New York 10005
                                    (212) 687-0100

TO:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006
*Attorneys for Plaintiff*

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279
*Liaison Counsel for Plaintiff*

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279
*Liaison Counsel for Plaintiff*

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.

Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
***Liaison Counsel for the Defendants***

**All Counsel via ECF**

## <u>CERTIFICATION AS TO SERVICE</u>

The undersigned certifies that on April 26, 2008, I caused to be filed and served

the following document electronically via the Court's ECF system upon the parties:

    1.    Notice of Adoption by Mayore Estates LLC, 80 Lafayette Associates LLC, Mayore Estates LLC, And 80 Lafayette Association LLC, as Tenants in Common of Answer to Master Complaint.

Dated: April 26, 2008

_____/s/_____
Stanley Goos, Esq. (SG 7062)